UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| P. A. C., *by and through her guardian ad litem* PRISCILLA CHAVEZ CARBAJAL, <br><br>Plaintiff, <br><br>v. <br><br>COMMISSIONER OF SOCIAL SECURITY. <br><br>Defendant. | Case No.  1:26-cv-03851-FJS <br><br> ORDER REQUIRING PLAINTIFF AND HER GUARDIAN AD LITEM TO FILE SEPARATE LONG FORM APPLICATIONS TO PROCEED IN FORMA PAUPERIS <br><br>(ECF No. 2) <br><br><u>TWENTY-ONE DAY DEADLINE</u> |

Plaintiff P.A.C. ("Plaintiff") filed a social security complaint on May 18, 2026, by and through her guardian ad litem Priscilla Chavez Carbajal.  (ECF No. 1.) Plaintiff did not pay the filing fee in this action and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 2.) Plaintiff applied to proceed in district court without prepaying fees or costs (long form) – AO 239. (ECF No. 2.) The long form appears to be submitted on behalf of Plaintiff but seems to reflect the financial resources of her guardian ad litem. (*See* ECF No. 2.) On May 21, 2026, Plaintiff filed a motion to appoint Priscilla Chavez Carbajal as Plaintiff's guardian ad litem. (ECF No. 3.)

The court may authorize the commencement of an action without prepayment of fees for "a person who submits an affidavit that includes a statement of all assets . . . [and] that the person is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a). Additionally, "where

1

leave to proceed *in forma pauperis* is sought to vindicate the alleged substantive rights of a minor, the financial resources of both the minor and the volunteer parent, next friend, or guardian ad litem should be considered in determining ability to pay the costs of litigation." *Chavez v. Loma Linda Med. Ctr.*, No. 22-cv-01268, 2022 WL 19827571, at *2 (C.D. Cal. Aug. 1, 2022).

Accordingly, the court will order Plaintiff and her guardian ad litem to complete and file separate long forms, each reflecting their own financial resources. If Plaintiff is unwilling to complete and submit two separate long form applications, Plaintiff must pay the filing fee in full.

Based upon the foregoing, it is HEREBY ORDERED that:

1. The clerk of the court is directed to forward an application to proceed in district court without prepaying fees or costs (long form) – AO 239 to Plaintiff; and

2. Within twenty-one (21) days of the date of this order, Plaintiff shall either (1) pay the $405.00 filing fee for this action, or (2) complete and file two separate applications to proceed in district court without prepaying fees or costs (long form) – AO 239, one form reflecting Plaintiff's financial resources and the other form reflecting her guardian ad litem's financial resources.

3. If Plaintiff fails to comply with this order, this action shall be dismissed.

IT IS SO ORDERED.

Dated:   **May 22, 2026**

_____
UNITED STATES MAGISTRATE JUDGE