UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| P. A. C., by and through her guardian ad litem, PRISCILLA CHAVEZ CARBAJAL,<br><br>             Plaintiff,<br><br>      v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>             Defendant. | Case No.  1:26-cv-03851-FJS<br><br>ORDER GRANTING MOTION APPOINTING GUARDIAN AD LITEM<br><br>(ECF No. 3) |

P. A. C., by and through her guardian ad litem, Priscilla Chavez Carbajal ("Plaintiff"), filed a motion to appoint a guardian ad litem. (ECF No. 3.) The court, having considered the motion of P.A.C. for the appointment of Priscilla Chavez Carbajal as guardian ad litem for P.A.C., a minor, finds good cause for granting this motion.

Accordingly, IT IS HEREBY ORDERED as follows:

1.  Plaintiff's motion to appoint a guardian ad litem (ECF No. 3) is GRANTED; and

2.  Priscilla Chavez Carbajal is hereby appointed as guardian ad litem for P.A.C. and she is authorized to institute and prosecute this action.

IT IS SO ORDERED.

Dated:   **June 8, 2026**                          _____

UNITED STATES MAGISTRATE JUDGE