UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| P. A. C., by and through her guardian ad litem, PRISCILLA CHAVEZ CARBAJAL,<br><br>                    Plaintiff,<br><br>        v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                    Defendant. | Case No.  1:26-cv-03851-FJS<br><br>ORDER GRANTING PLAINITFF'S APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES OR COSTS AND DIRECTING CLERK TO ISSUE SUMMONS AND SCHEDULING ORDER<br><br>(ECF Nos. 2, 6, 7) |

P. A. C., by and through her guardian ad litem, Priscilla Chavez Carbajal ("Plaintiff"), filed this action on May 18, 2026, seeking review of the final decision of the Commissioner of Social Security. (ECF No. 1.) Plaintiff did not pay the filing fee in this action and instead filed applications to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF Nos. 2, 6, 7.) The court has reviewed Plaintiff's applications to proceed *in forma pauperis* and has determined that Plaintiff has made the showing required by section 1915(a). Accordingly, the requests to proceed *in forma pauperis* will be granted. 28 U.S.C. § 1915(a).

Accordingly, IT IS HEREBY ORDERED as follows:

1.  Plaintiff's applications to proceed *in forma pauperis* (ECF Nos. 2, 6, 7) are

    GRANTED;

2. The clerk of the court is directed to issue new case documents, including the scheduling order;

3. The clerk of the court is also directed to issue summons and service shall proceed under the court's e-service program with the clerk delivering to the Commissioner of Social Security Administration and the United States Attorney's Office at their designated email addresses, a notice of electronic filing of the action along with the summons and complaint.

IT IS SO ORDERED.

Dated:    **June 8, 2026**

_____
UNITED STATES MAGISTRATE JUDGE