UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

P. A. C. *by and through her guardian ad litem* PRISCILLA CHAVEZ CARBAJAL,

Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

Case No.: 1:26-cv-03851-FJS

ORDER GRANTING STIPULATION AND ORDER FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT NUNC PRO TUNC

(ECF No. 16)

Pursuant to the parties' stipulation (ECF No. 16) filed on August 28, 2026, Defendant sought an extension of 60 days to file the required supplemental transcript or until October 28, 2026. On September 1, 2026, Defendant filed the supplemental transcript. (ECF No. 17.) Accordingly, Defendant's request for an extension is granted nunc pro tunc. Plaintiff's motion for summary judgment shall be due 30 days after service of the supplemental transcript. All other deadlines in the court's scheduling order (ECF No. 10) shall remain the same.

IT IS SO ORDERED.

Dated: **September 2, 2026**

UNITED STATES MAGISTRATE JUDGE