UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

P.A.C., *by and through her guardian ad litem,* PRICILLA CHAVEZ CARBAJAL

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

Case No. 1:26-CV-03851-FJS

ORDER RE: DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S OPENING BRIEF

(ECF No. 21)

Plaintiff P.A.C. by and through her guardian ad litem Pricilla Chavez Carbajal filed this action seeking review of the Commissioner of Social Security's ("Defendant") denial of benefits on May 18, 2026. (ECF No. 1.) On June 8, 2026, the court issued a scheduling order. (ECF No. 10.) On July 31, 2026, the administrative transcript was lodged with the court. (ECF No. 15.) Plaintiff filed her motion for summary judgment on October 1, 2026. (ECF No. 19.) Accordingly, Defendant's opposition brief was due on October 31, 2026. (*See* ECF No. 10 at 2 ("[W]ithin 30 days after service of Plaintiff's motion for summary judgment the defendant shall file the cross-motion for summary judgment and opposition.").)

On November 4, 2026, Defendant moved *nunc pro tunc* for an extension of time from November 2, 2026, to November 4, 2026, for the Commissioner of Social Security to file a

response brief. (*See generally* ECF No. 21.) Based on a review of the scheduling order, the court finds that Defendant is actually seeking to extend the responsive briefing deadline from October 31, 2026, to November 4, 2026. (*See* ECF No. 10 at 2.) Defendant indicates that any delay in filing the response brief was the result of counsel for Defendant's internal calendaring errors and that Defendant has since met and conferred with Plaintiff's counsel about the delay. (*See generally* ECF No. 21.) Plaintiff does not appear to oppose this motion. (*Id.* ("Counsel for the Commissioner conferred with Plaintiff's counsel about this delay and motion, and Plaintiff's counsel does not oppose this motion.") Counsel for Plaintiff has apologized for the delay and has promptly filed their response brief for the court's consideration. (*Id.*; *see also* ECF No. 21.)

The parties are reminded that requests to modify the briefing schedule that are made on the eve of a deadline or thereafter will be looked upon with disfavor and may be denied absent a showing of good cause for the delay in seeking an extension. *See* L.R. 144(d). If such a request is made after a deadline, the party seeking the *nunc pro tunc* extension must show additional good cause as to why the matter was filed late.

Nevertheless, based upon a review of Defendant's motion for an extension of time, the court finds good cause to grant the *nunc pro tunc* extension. The request was not made in bad faith, the parties have met and conferred as to Defendant's requested relief, and the relief requested by Defendant is warranted. However, the parties are reminded that any failures to comply with the scheduling order may result in sanctions pursuant to Local Rule 110.

Accordingly, IT IS HEREBY ORDERED that:

(1) The time for Defendant's opposition brief to be filed is extended *nunc pro tunc* to November 4, 2026; and

(2) All remaining deadlines as set forth in the scheduling order (ECF No. 10) are amended accordingly.

IT IS SO ORDERED.

Dated: **November 5, 2026**

UNITED STATES MAGISTRATE JUDGE